In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-481 CR


____________________



LARRY KOREY JIMENEZ, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause No. 244927






MEMORANDUM OPINION (1)


 On March 3, 2005, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why he needed time for filing the record. The appellant requested and received
an extension of time to file the record, but did not make payment arrangements for
preparation of the record. It appears that the appellant is not entitled to proceed without
payment of costs. Tex. R. App. P. 20.2. There being no satisfactory explanation for the
failure to file the record, the appeal is dismissed for want of prosecution. Tex. R. App.
P. 37.3(b).

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered May 25, 2005 

Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.